STEPHEN ABRAMS, Appellant, *v.* JOHN LEE, Appellee.

APPEAL FROM SCOTT.

Where a final judgment has been rendered in this court, it is not open to any further proceeding in the circuit court.

THIS was an action of account, under the statute, between copartners. The cause was heard in this court, upon errors assigned by both parties, as will be seen by reference to twelfth Illinois Reports, p. 111. After hearing and decision in this court, Abrams took a certified copy of the judgment and opinion of this court, to the circuit court of Scott county, and upon filing the same in that county, entered his motion to recommit the cause to auditors, to have an account stated between the partners, parties to the suit.

This motion was overruled by WOODSON, Judge, and thereupon the cause was brought to this court by appeal.

The motion was heard at June term, 1852, of the Scott Circuit Court.

Rufner *v.* McConnel et al.

M. McConnel, for appellants.

D. A. Smith, for appellee.

Treat, C. J. The decision of the circuit court was clearly right. The case was already *res adjudicata.* It was submitted to this court at a former term, in pursuance of a stipulation of the parties, that cross errors might be assigned on the record, and that such judgment might be entered here as the circuit court should have rendered. This court then came to the conclusion, on a thorough review of the whole case, that the circuit court erred in not rendering judgment for the defendant in bar of the action, and final judgment was thereupon entered here in his favor. Lee *v.* Abrams, 12 Illinois, 111. That was a full and final determination of the case. It was not open to any further proceeding in the circuit court.

The judgment is affirmed.

*Judgment affirmed.*